IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| **NELSON RICHARD** | § | **CASE NO.   20-32100-H2** |
| **Debtor(s)** | § | **Chapter 13** |

## DEBTOR'S CERTIFICATION REGARDING NECESSITY OF FILING PAYMENT ADVICES

My name is Nelson Richard and I am a debtor in this bankruptcy case. I declare that I did not receive any payment advices or other evidence of payment from any employer during the 60 days before the filing of the bankruptcy petition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: 4/6/2020

/s/ Nelson Richard  
Nelson Richard, Debtor