**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



| | | | |
|---|---|---|---|
| In Re: | Nelson Richard<br>Debtor | Case No.: 20–32100<br>Chapter: 13 | ENTERED<br>12/01/2020 |

## ORDER RESETTING CONFIRMATION HEARING

1. The hearing on confirmation of the Debtor(s)' proposed plan is continued until 1/12/21 at 11:00 AM.

Signed and Entered on Docket: 12/1/20.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE