IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| NELSON RICHARD § | CASE NO. 20-32100-H2 |
| § | |
| DEBTOR § | CHAPTER 13 |

## DEBTOR'S WITNESS & EXHIBIT LIST

| WITNESSES: | |
|---|---|
| 1) Nelson Richard | Judge: David Jones |
| | Hearing Date: January 11, 2021 |
| | Hearing Time: 11:00 am |
| | Party's Name: Nelson Richard |
| | Attorney for Debtors- Brendon Singh |
| | Nature of Proceeding(s): <br> 1. Objection to Claim 5 by Internal Revenue Service |

| Ex. # | Description | Offered | Objection | Admitted/Not | Disposition |
|---|---|---|---|---|---|
| 1 | 2017 Taxes | | | | |
| 2 | 2018 Taxes | | | | |
| 2 | 2019 Taxes | | | | |

Dated: January 07, 2021

Respectfully submitted,

**TRAN SINGH LLP**

By:*/s/Brendon Singh*
Susan Tran | TBN: 24075648
Brendon Singh | TBN: 24075646
Briana Head | TBN: 24114958
1010 Lamar, Suite 1160
Houston TX 77002
Ph: (832) 975-7300
Fax: (832) 975-7301
BSingh@ts-llp.com

**ATTORNEYS FOR DEBTOR
NELSON RICHARD**