# Form 1040 — Department of the Treasury—Internal Revenue Service (99)
## U.S. Individual Income Tax Return  2018   OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

Filing status: ☐ Single  ☐ Married filing jointly  ☐ Married filing separately  ☐ Head of household  ☐ Qualifying widow(er)

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| NELSON | Richard | 433 02 2253 |

Your standard deduction: ☐ Someone can claim you as a dependent   ☐ You were born before January 2, 1954   ☐ You are blind

| If joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|

Spouse standard deduction: ☐ Someone can claim your spouse as a dependent   ☐ Spouse was born before January 2, 1954   ☐ Full-year health care coverage or exempt (see inst.)
☐ Spouse is blind   ☐ Spouse itemizes on a separate return or you were dual-status alien

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Presidential Election Campaign (see inst.) ☐ You ☐ Spouse |
|---|---|---|
| 14907 Cromwell Circle | | |

| City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6. | If more than four dependents, see inst. and ✓ here ▶ ☐ |
|---|---|
| Channelview 77530 | |

Dependents (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see inst.): Child tax credit / Credit for other dependents |
|---|---|---|---|
| | | | ☐ ☐ |
| | | | ☐ ☐ |
| | | | ☐ ☐ |
| | | | ☐ ☐ |

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature  *Nelson Richard* | Date | Your occupation  *Retired* | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | PTIN | Firm's EIN | Check if: ☐ 3rd Party Designee |
|---|---|---|---|---|
| Firm's name ▶ | | Phone no. | | ☐ Self-employed |
| Firm's address ▶ | | | | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 11320B   Form **1040** (2018)

Form 1040 (2018) Page **2**

| | | | | | | |
|---|---|---|---|---|---|---|
| Attach Form(s) W-2. Also attach Form(s) W-2G and 1099-R if tax was withheld. | 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . | | | 1 | |
| | 2a | Tax-exempt interest . . . | 2a | **b** Taxable interest . . . | 2b | |
| | 3a | Qualified dividends . . . | 3a | **b** Ordinary dividends . . | 3b | |
| | 4a | IRAs, pensions, and annuities . | 4a | **b** Taxable amount . . . | 4b | |
| | 5a | Social security benefits . . | 5a | **b** Taxable amount . . . | 5b | |
| | 6 | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22 . . . . . | | | 6 | |
| | 7 | Adjusted gross income. If you have no adjustments to income, enter the amount from line 6; otherwise, subtract Schedule 1, line 36, from line 6 . . . . . . . . . . . . . | | | 7 | |
| Standard Deduction for— • Single or married filing separately, $12,000 • Married filing jointly or Qualifying widow(er), $24,000 • Head of household, $18,000 • If you checked any box under Standard deduction, see instructions. | 8 | **Standard deduction or itemized deductions** (from Schedule A) . . . . . . . . | | | 8 | |
| | 9 | Qualified business income deduction (see instructions) . . . . . . . . . . | | | 9 | |
| | 10 | Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- . . . . . . | | | 10 | |
| | 11 | **a** Tax (see inst.) _____ (check if any from: **1** ☐ Form(s) 8814  **2** ☐ Form 4972  **3** ☐ _____ ) | | | | |
| | | **b Add** any amount from Schedule 2 and check here . . . . . . . . . . ▶ ☐ | | | 11 | |
| | 12 | **a** Child tax credit/credit for other dependents _____ **b Add** any amount from Schedule 3 and check here ▶ ☐ | | | 12 | |
| | 13 | Subtract line 12 from line 11. If zero or less, enter -0- . . . . . . . . . . | | | 13 | |
| | 14 | Other taxes. Attach Schedule 4 . . . . . . . . . . . . . . . | | | 14 | |
| | 15 | Total tax. Add lines 13 and 14 . . . . . . . . . . . . . . . | | | 15 | |
| | 16 | Federal income tax withheld from Forms W-2 and 1099 . . . . . . . . . | | | 16 | |
| | 17 | Refundable credits: **a** EIC (see inst.) _____ **b** Sch. 8812 _____ **c** Form 8863 _____ | | | | |
| | | **Add** any amount from Schedule 5 _____ . . . . . . . . . . . . . | | | 17 | |
| | 18 | Add lines 16 and 17. These are your total payments . . . . . . . . . | | | 18 | |
| **Refund** Direct deposit? See instructions. | 19 | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you **overpaid** . . . | | | 19 | |
| | 20a | Amount of line 19 you want **refunded to you.** If Form 8888 is attached, check here . . . . ▶ ☐ | | | 20a | |
| | ▶ **b** | Routing number _____  ▶ **c** Type: ☐ Checking  ☐ Savings | | | | |
| | ▶ **d** | Account number _____ | | | | |
| | 21 | Amount of line 19 you want **applied to your 2019 estimated tax** . . ▶ | 21 | | | |
| **Amount You Owe** | 22 | **Amount you owe.** Subtract line 18 from line 15. For details on how to pay, see instructions . . . ▶ | | | 22 | |
| | 23 | Estimated tax penalty (see instructions) . . . . . . . ▶ | 23 | | | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.

Form **1040** (2018)