# Form 1040 U.S. Individual Income Tax Return

Department of the Treasury—Internal Revenue Service (99)

2019   OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.

☐ Single   ☐ Married filing jointly   ☐ Married filing separately (MFS)   ☐ Head of household (HOH)   ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

Your first name and middle initial: **NELSON Richard**
Last name: **Richard**
Your social security number: **433 02 2753**

If joint return, spouse's first name and middle initial:
Last name:
Spouse's social security number:

Home address (number and street). If you have a P.O. box, see instructions.: **14907 Crondell Circle**
Apt. no.:

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).: **Channelview 77530**

Foreign country name:
Foreign province/state/county:
Foreign postal code:

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   ☐ You   ☐ Spouse

If more than four dependents, see instructions and ✓ here ▶ ☐

**Standard Deduction**
Someone can claim:   ☐ You as a dependent   ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**   You:   ☐ Were born before January 2, 1955   ☐ Are blind   Spouse:   ☐ Was born before January 2, 1955   ☐ Is blind

**Dependents** (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

| | | | | |
|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 1 | 0 |
| 2a | Tax-exempt interest | 2a | b Taxable interest. Attach Sch. B if required | 2b |
| 3a | Qualified dividends | 3a | b Ordinary dividends. Attach Sch. B if required | 3b |
| 4a | IRA distributions | 4a | b Taxable amount | 4b |
| c | Pensions and annuities | 4c | d Taxable amount | 4d |
| 5a | Social security benefits | 5a | b Taxable amount | 5b |
| 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | | 6 |
| 7a | Other income from Schedule 1, line 9 | | | 7a |
| b | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** ▶ | | | 7b |
| 8a | Adjustments to income from Schedule 1, line 22 | | | 8a |
| b | Subtract line 8a from line 7b. This is your **adjusted gross income** ▶ | | | 8b |
| 9 | Standard deduction or itemized deductions (from Schedule A) | 9 | | |
| 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | 10 | | |
| 11a | Add lines 9 and 10 | | | 11a |
| b | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- | | | 11b |

**Standard Deduction for—**
- Single or Married filing separately, $12,200
- Married filing jointly or Qualifying widow(er), $24,400
- Head of household, $18,350
- If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 11320B   Form **1040** (2019)

| | | | | |
|---|---|---|---|---|
| | 12a | Tax (see inst.) Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 12a | |
| | b | Add Schedule 2, line 3, and line 12a and enter the total ▶ | 12b | |
| | 13a | Child tax credit or credit for other dependents | 13a | |
| | b | Add Schedule 3, line 7, and line 13a and enter the total ▶ | 13b | |
| | 14 | Subtract line 13b from line 12b. If zero or less, enter -0- | 14 | |
| | 15 | Other taxes, including self-employment tax, from Schedule 2, line 10 | 15 | |
| | 16 | Add lines 14 and 15. This is your **total tax** ▶ | 16 | |
| | 17 | Federal income tax withheld from Forms W-2 and 1099 | 17 | |
| | 18 | Other payments and refundable credits: | | |
| • If you have a qualifying child, attach Sch. EIC. | a | Earned income credit (EIC) | 18a | |
| • If you have nontaxable combat pay, see instructions. | b | Additional child tax credit. Attach Schedule 8812 | 18b | |
| | c | American opportunity credit from Form 8863, line 8 | 18c | |
| | d | Schedule 3, line 14 | 18d | |
| | e | Add lines 18a through 18d. These are your **total other payments and refundable credits** ▶ | 18e | |
| | 19 | Add lines 17 and 18e. These are your **total payments** ▶ | 19 | |
| **Refund** | 20 | If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you **overpaid** | 20 | |
| | 21a | Amount of line 20 you want **refunded to you**. If Form 8888 is attached, check here ▶ ☐ | 21a | |
| Direct deposit? See instructions. | ▶ b | Routing number _____ ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number _____ | | |
| | 22 | Amount of line 20 you want **applied to your 2020 estimated tax** ▶ | 22 | |
| **Amount You Owe** | 23 | **Amount you owe.** Subtract line 19 from line 16. For details on how to pay, see instructions ▶ | 23 | |
| | 24 | Estimated tax penalty (see instructions) ▶ | 24 | |

**Third Party Designee** (Other than paid preparer)

Do you want to allow another person (other than your paid preparer) to discuss this return with the IRS? See instructions. ☐ **Yes.** Complete below. ☐ **No**

Designee's name ▶ _____    Phone no. ▶ _____    Personal identification number (PIN) ▶ _____

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶ *Nelson Richard*    Date _____    Your occupation: *RETIRED*    If the IRS sent you an Identity Protection PIN, enter it here (see inst.) _____

Spouse's signature. If a joint return, **both** must sign. _____    Date _____    Spouse's occupation _____    If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) _____

Phone no. 281-452-1343    Email address _____

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ 3rd Party Designee |
| Firm's name ▶ | | Phone no. | | ☐ Self-employed |
| Firm's address ▶ | | | Firm's EIN ▶ | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.      Form **1040** (2019)